IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19CR549 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN AMBROSE, | ) | MOTION FOR CONTINUANCE OF |
| | ) | DATES |
| Defendant. | ) | |

Now comes Defendant, John Ambrose, by and through undersigned counsel, and respectfully requests this Honorable Court continue the final pretrial date of January 6, 2020 and the trial date of January 13, 2020 set in the above-captioned matter. The basis for this request is that Mr. Ambrose will imminently be making a proffer to the Government and a brief amount of time is requested to facilitate logistics as Mr. Ambrose resides in Chicago, Illinois, and one of the agents involved in the matter is also located in Chicago.

This request is not made for the purpose of delay and is unopposed by the Government.

Respectfully submitted,

/s/ Ashley L. Jones (0088268)
Ashley L. Jones (0088268)
4403 St. Clair Avenue
Cleveland, Ohio 44103
P: (216) 736-8551
F: (216) 359-0011
ajones@ashleyjoneslaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on December 31, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

                                                  /s/ Ashley L. Jones (0088628)